IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| ALVERT COX, | ) |
| | ) |
| v. | ) CR  NO. 03-B-0515-S |
| | ) CV  NO. 05-B-8059-S |
| UNITED STATES OF AMERICA | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on August 23, 2006, recommending that the motion to vacate be dismissed as untimely.  On September 14, 2006 movant's motion for extension of time to file objections was granted until October 30, 2006.  No objections have been filed by the parties.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to vacate is due to be  DISMISSED as untimely.   A Final Judgment will be entered.

Done this the 13th day of November, 2006.

*Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE